**Order entered October 7, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00355-CR

### OSCAR EDGARDO FERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F14-76143-X**

## ORDER

We **GRANT** appellant's October 5, 2016 second motion to extend time to file his brief and

**ORDER** the brief filed no later than November 7, 2016.


/s/     ADA BROWN
         JUSTICE